In the Matter of RICHARD BUTTS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.—Appeal unanimously dismissed as moot (see *People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Cayuga Supreme Court—article 78.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.